EDITH E. TRAUTWEIN v. BOARD OF EDUCATION OF THE BOROUGH OF BOUND BROOK, COUNTY OF SOMERSET.

June 12, 1980.

Petition for certification denied.

POINT PLEASANT BEACH TEACHERS ASSOCIATION v. DR. JAMES CALLAM.

June 12, 1980.

Petition for certification denied.   (See 173 *N.J.Super.* 11)

TOWN OF HARRISON v. SPIEGEL TRUCKING CO., INC.

June 12, 1980.

Petition for certification denied.